**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 26-cr-10266 |
| JOHN ANTHONY PROIA III, | ) |
| Defendant. | ) |

**ORDER OF RECUSAL**

October 5, 2026

Saris, J.

Pursuant to 28 U.S.C. § 455(a), I recuse myself from this case and direct the clerk forthwith to reassign the case randomly to another District Judge.

/s/ PATTI B. SARIS
Hon. Patti B. Saris
United States District Judge